Eastern District of Kentucky
**FILED**

AUG 25 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**UNITED STATES OF AMERICA**

V.                                   INDICTMENT NO. 6:22-cr-44-REW



**JENNIFER D. ROSE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

On or about a date in March 2019, the exact date unknown, and continuing through in or about March 2021, the exact date unknown, in Bell County, in the Eastern District of Kentucky, and elsewhere,



**JENNIFER D. ROSE**

did conspire together and with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about July 25, 2019, in Bell County, in the Eastern District of Kentucky,

███████████

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about August 2, 2019, in Bell County, in the Eastern District of Kentucky,

███████████

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about September 10, 2019, in Bell County, in the Eastern District of

Kentucky,

███████████

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about September 5, 2020, in Bell County, in the Eastern District of

Kentucky,

■■■■■■■■■■■■■■

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about October 9, 2020, in Bell County, in the Eastern District of Kentucky,

### JENNIFER D. ROSE

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about March 29, 2021, in Bell County, in the Eastern District of Kentucky,

■■■■■■■■■■■■■■

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████
FOREPERSON

*/s/ Carlton S. Shier*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1 – 7:

**If responsible for 50 grams or more of a mixture of substance containing a detectable methamphetamine or 5 grams or more of methamphetamine:**
Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony or Serious Violent Felony Conviction:**
> Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**If responsible for 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine:**
Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Serious Drug Felony or Serious Violent Felony Conviction:**
> Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**         Mandatory special assessment of $100 per count.

**PLUS:**         Restitution, if applicable.